### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW MEXICO (ALBURQUERQUE)

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
|     **Plaintiff,** § | |
| § | |
| **v.** § | CAUSE NO. 2:25-mj-00215-GJF-1 |
| § | |
| **IVAN SOTELO RASCON** § | |
|     **Defendant.** § | |

### BROCK BENJAMIN and RANDOLPH J. ORTEGA
### NOTICE OF APPEARANCE AND REPRESENTATION

TO THE HONORABLE JUDGE OF SAID COURT:

    Brock Benjamin, as Local Counsel, and Randolph J. Ortega as Co-Counsel, licensed attorneys in the State of Texas, enter this notice of representation of IVAN SOTELO RASCON, the Defendant in this cause, and all notices and motions may be served at the addressed listed below.

    Respectfully submitted,

*/s/ Brock Benjamin*
BROCK BENJAMIN
Local Counsel for Defendant
New Mexico Bar No. 141535
1013 E. San Antonio Ave.
El Paso, Texas 79901
Tel: 915-412-5858
Fax: 915-503-2224
E-Mail: brock@brockmorganbenjamin.com

*/s/ Randolph J. Ortega*
RANDOLPH J. ORTEGA
Co-Counsel for Defendant
609 Myrtle Ave
El Paso, Texas 79901
(915)542-1883
Email: randyortega@ellisandortega.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 25th day of February, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and service to all CM/ECF registrants:

Darren Robinson
Federal Public Defenders Office
District of New Mexico, Las Cruces Office
506 S. Main St., Suite 400
Las Cruces, NM 88001
Email: darren_robinson@fd.org

James Andrew Dickens
DOJ-USAO
District of New Mexico
200 North Church Street
Las Cruces, NM 88001
Email: james.dickens@usdoj.gov

And all other recipients

                                                          s/ *Brock Benjamin*_____
                                                          BROCK BENJAMIN